■ CHARLES J. MORMILO v. ALLIED STEVEDORES CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al., Appellants, et al., Defendants. CORINNE C. WATERMAN v. HENRY KAUFMAN et al., Appellants, et al., Defendants.—Motion granted insofar as to allow defendants-appellants to have the appeals from the three orders in each of the actions herein heard in one appeal book, without duplication of printing, upon condition that the appellants procure the record on appeal and appellants' points to be filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GOREE, Appellant, et al., Defendant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

## (April 30, 1959)

■ AGNES CASTELLUCCIO et al., v. TRANSPORTATION VEHICLES INC.— Motion denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of DERKYLIDAS P. KOPITOPOULOS PARTNERSHIP TRADING COMPANY against LOUIS HERSHEY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SCOTT.— Motion denied. Concur — Botein, P. J., Rabin, M. M. Frank and McNally, JJ.

■ ANTHONY VILARDI v. GEORGE F. FOLEY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of ARTHUR B. DAUB against DOUGLAS C. COUPE, as Commissioner of the Division of Standards and Purchase of the State of New York.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.